## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MYRON CANTRELL JONES,** | : |
| | : |
|     **Petitioner,** | : |
| | : |
| **vs.** | : CIVIL ACTION 08-0351-CG-M |
| | : |
| **GARY HETZEL,** | : |
| | : |
|     **Respondent.** | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 8th day of October, 2008.

                                                   /s/ Callie V.S. Granade
                                        CHIEF UNITED STATES DISTRICT JUDGE